WANGER JONES HELSLEY PC
265 E. River Park Circle, Suite 310
Post Office Box 28340
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-mail: tjones@wjhattorneys.com,
jkinsey@wjhattorneys.com
mfletcher@wjhattorneys.com

Timothy Jones #119841
John. P. Kinsey #215916
Michael J. Fletcher #272057

FILED
SEP 21 2012
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In Re<br><br>DESERT EQUIPMENT, INC.<br><br>Debtor. | Case No. 6:12-bk-17663-DS<br><br>Chapter Number: 11 |
| UNITED SECURITY BANK,<br><br>Plaintiff,<br><br>v.<br><br>DESERT EQUIPMENT, INC.<br><br>Defendant. | **PLAINTIFF UNITED SECURITY BANK'S STATUS REPORT**<br><br>**(Local Bankruptcy Rule 7016-1(a)(2))** |

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE AND TO DEFENDANT AND THEIR ATTORNEY OF RECORD:**

United Security Bank's Complaint to Determine Nondischargeability of Debt (the "Complaint") against the Debtor was served on the Debtor, and the original deadline to file a responsive pleading was July 30, 2012. United Security Bank granted Debtor an extension to respond to the Complaint through and including to August 24, 2012. This date has passed, and

1  Debtor has not filed a responsive pleading.  Debtor has recently requested that United Security
2  Bank provide Debtor with an extension to respond to the Complaint, notwithstanding the fact
3  that the deadline to file a responsive pleading has passed.  United Security Bank has not yet
4  applied to the Court for a default judgment, as it is considering Debtor's request.

5  DATED: September 20, 2012.                    WANGER JONES HELSLEY PC

6
7                                                By: _____
                                                     John P. Kinsey
8                                                    Attorneys for Plaintiff/Creditor
                                                     United Security Bank
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

{7057/018/00375100.DOC }                           2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

265 E. River Park Circle, Suite #310, Fresno, California 93720

A true and correct copy of the foregoing document described as **DECLARATION OF PORSCHE SAUNDERS IN SUPPORT OF SECURED CREDITOR UNITED SECURITY BANK'S MOTION FOR RELIEF FROM STAY [11 U.S.C. § 362(d)(3)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 20, 2012**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

John F. Fitzmaurice
**FITZMAURICE & DEMERGIAN**
1061 Tierra de Rey, Suite 204
Chula Vista, CA 91910
619-591-1000 Office
619-591-1010 Fax
E-mail: lalmaraz@fitzmauricelaw.com
*Attorney for Debtor*

Wolfgang F. Hahn
**WOLFGANG F. HAHN & ASSOCIATES**
7160 Caminito Pepino
La Jolla, Ca 92037
858-535-1000 Office
858-456-5080 Fax
E-mail: ellobo1@san.rr.com
*Attorney for Debtor*

Michael J Bujold
**US DEPARTMENT OF JUSTICE**
3685 Main St Ste 300
Riverside, CA 92501
951-276-6061 Office
951-276-6973 Fax
Email: Michael.J.Bujold@usdoj.gov
*Trustee*

Joshua D Wayser
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park E Ste 2600
Los Angeles, CA 90067-3012
310-788-4715 Office
310-712-8416 Fax
E-mail: joshua.wayser@kattenlaw.com
*Courtesy Copy: Attorney for Interested Party, NEF*

**2. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL (state method for each person or entity served):**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

____Service information continued on attached page

**3.SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

____Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: September 20, 2012         Signature: _/s/ Belinda Ordway_

Printed Name: Belinda Ordway

{7057/018/00366223.DOC }